Official Form 1 (4/07)

# United States Bankruptcy Court
## Northern District of Illinois

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bjorkquist, Randel L** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bjorkquist, Caroline B** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-6564** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-3150** |
| Street Address of Debtor (No. and Street, City, and State):<br>**40W465 Stonecrest Drive**<br>**Elgin, IL**      ZIP Code **60123** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**40W465 Stonecrest Drive**<br>**Elgin, IL**      ZIP Code **60123** |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br>      ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                              **FORM B1**, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bjorkquist, Randel L**<br>**Bjorkquist, Caroline B** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                                    FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bjorkquist, Randel L**<br>**Bjorkquist, Caroline B** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Randel L Bjorkquist**
_____
Signature of Debtor **Randel L Bjorkquist**

X **/s/ Caroline B Bjorkquist**
_____
Signature of Joint Debtor **Caroline B Bjorkquist**

_____
Telephone Number (If not represented by attorney)

**July 27, 2007**
_____
Date

### Signature of Attorney

X **/s/ Bradley S. Covey**
_____
Signature of Attorney for Debtor(s)

**Bradley S. Covey 6208786**
_____
Printed Name of Attorney for Debtor(s)

**Springer Brown Covey Gaertner & Davis, LLC**
_____
Firm Name

**232 S. Batavia Ave.**
**Batavia, IL 60510**
_____
Address

**Email: bcovey@springerbrown.com**
**630-879-9559 Fax: 630-879-9394**
_____
Telephone Number

**July 27, 2007**
_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Randel L Bjorkquist**
        **Caroline B Bjorkquist**                                            Case No. _____
                                                Debtor(s)           Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

Official Form 1, Exh. D (10/06) - Cont.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Randel L Bjorkquist**
                          **Randel L Bjorkquist**

Date:    **July 27, 2007**

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Northern District of Illinois

In re | Randel L Bjorkquist
Caroline B Bjorkquist
_____ | Case No. _____
Debtor(s) | Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

Official Form 1, Exh. D (10/06) - Cont.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

&#9633;  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

&#9633;  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9633;  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9633;  Active military duty in a military combat zone.

&#9633;  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Caroline B Bjorkquist**
                                   **Caroline B Bjorkquist**

Date:  **July 27, 2007**

Form 6-Summary (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Randel L Bjorkquist,**
      **Caroline B Bjorkquist**

Case No. _____

_____ ,

                                   Debtors

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 600,000.00 | | |
| B - Personal Property | Yes | 3 | 85,425.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 790,105.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 475,474.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 11 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,049.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,985.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 685,425.00 | | |
| Total Liabilities | | | | 1,265,579.00 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Randel L Bjorkquist,**
**Caroline B Bjorkquist**

Case No. _____

Debtors

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Form B6A
(10/05)

In re    **Randel L Bjorkquist,**
         **Caroline B Bjorkquist**                  Case No. _____

                                     Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Res: 40W465 Stonecrest Drive Elgin, IL. 60123** | **joint tenancy** | **J** | **600,000.00** | **782,624.00** |

| | | |
|---|---|---|
| Sub-Total > | **600,000.00** | (Total of this page) |
| Total > | **600,000.00** | |

    (Report also on Summary of Schedules)

   **0**    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Randel L Bjorkquist,**                                    Case No. _____
         **Caroline B Bjorkquist**

_____,
                        Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking (2) w/Washington Mutual** | J | 100.00 |
| | | **Checking and savings w/Chase** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | J | 3,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Misc. Wearing Apparel:** | J | 100.00 |
| 7. Furs and jewelry. | | **Misc. Jewelry:** | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Misc. sporting equipment** | J | 200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >                5,000.00
(Total of this page)

___2___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Randel L Bjorkquist,**                                           Case No. _____
         **Caroline B Bjorkquist**
_____,
                              Debtors
## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) husband** | J | 70,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Pinnacle Audio and Video Equipment Systems, Inc.** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **70,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Randel L Bjorkquist,**                                           Case No. _____
      **Caroline B Bjorkquist**
                                     ,
                 Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Ford Explorer (195,000 miles)** | J | 3,350.00 |
| | | **2000 Jeep Cherokee (90,000 miles)** | J | 6,075.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **(3) computers and  misc. office equipment** | J | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **10,425.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **85,425.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6C
(4/07)

In re    **Randel L Bjorkquist,**                                             Case No. _____
       **Caroline B Bjorkquist**

_____ ,
Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                  $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Res: 40W465 Stonecrest Drive** | **735 ILCS 5/12-901** | **0.00** | **600,000.00** |
| **Elgin, IL. 60123** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking (2) w/Washington Mutual** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| | | | |
| **Checking and savings w/Chase** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **3,500.00** | **3,500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Misc. Wearing Apparel:** | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Misc. Jewelry:** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Misc. sporting equipment** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) husband** | **735 ILCS 5/12-1006** | **100%** | **70,000.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1997 Ford Explorer (195,000 miles)** | **735 ILCS 5/12-1001(c)** | **3,350.00** | **3,350.00** |
| | | | |
| **2000 Jeep Cherokee (90,000 miles)** | **735 ILCS 5/12-1001(c)** | **0.00** | **6,075.00** |
| | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **(3) computers and  misc. office equipment** | **735 ILCS 5/12-1001(d)** | **1,000.00** | **1,000.00** |

Total:    **79,350.00**      **685,425.00**

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re   **Randel L Bjorkquist,**
      **Caroline B Bjorkquist,**
                            **Debtors**

Case No. _____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | HW J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3061043-9001**<br><br>**Associated Bank**<br>**401 E. Kilbourn Ave.**<br>**Milwaukee, WI 53202** | | J | 12/05<br><br>**Second Mortgage**<br><br>**Res: 40W465 Stonecrest Drive**<br>**Elgin, IL. 60123** | | | | | |
| | | | Value $       **600,000.00** | | | | **61,561.00** | **0.00** |
| Account No.<br><br>**Buckley Building**<br>**c/o Jim Nelles** | | J | 12/05<br><br>**mechanics lien**<br><br>**Res: 40W465 Stonecrest Drive**<br>**Elgin, IL. 60123** | | | X | | |
| | | | Value $       **600,000.00** | | | | **107,000.00** | **107,000.00** |
| Account No. **2718651**<br><br>**Carmax**<br>**PO Box 440609**<br>**Kennesaw, GA 30160** | | J | 2002<br><br>**Purchase Money Security**<br><br>**2000 Jeep Cherokee (90,000 miles)** | | | | | |
| | | | Value $       **6,075.00** | | | | **7,481.00** | **1,406.00** |
| Account No.<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Sec. Leve. 7-425**<br>**100 W. Randolph St.**<br>**Chicago, IL 60601** | | J | 3/07<br><br>**tax lien**<br><br>**Res: 40W465 Stonecrest Drive**<br>**Elgin, IL. 60123** | | | | | |
| | | | Value $       **600,000.00** | | | | **65,000.00** | **65,000.00** |
|    **1**   continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **241,042.00** | **173,406.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6D (10/06) - Cont.

In re    **Randel L Bjorkquist,**
         **Caroline B Bjorkquist**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 10/06 | | | | | |
| IRS P.O. Box 21125 Philadelphia, PA 19114 | | | J | | tax lien Res: 40W465 Stonecrest Drive Elgin, IL. 60123 | | | | | |
| | | | | | Value $         600,000.00 | | | | 87,000.00 | 10,624.00 |
| Account No. 3214036 | | | | | 2004 | | | | | |
| National City 3232 Newmark Drive Miamisburg, OH 45342 | | | J | | First Mortgage Res: 40W465 Stonecrest Drive Elgin, IL. 60123 | | | | | |
| | | | | | Value $         600,000.00 | | | | 462,063.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 549,063.00 | 10,624.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 790,105.00 | 184,030.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07)

In re    **Randel L Bjorkquist,**                                          Case No. _____
         **Caroline B Bjorkquist,**
_____,
                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>      0      </u>    continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Official Form 6F (10/06)

In re   **Randel L Bjorkquist,**
**Caroline B Bjorkquist**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Bank of America** PO Box 15726 Wilmington, DE 19886 | | J | **Notice Purposes Only** | | | | 0.00 |
| Account No.  **K1216-000**  **ADI** 509 Busse Rd. Elk Grove Village, IL 60007 | X | J | **2005** **Trade debt** | | | | 6,241.00 |
| Account No.  **ADI** 263 Old Country Road Melville, NY 11747 | | J | **Notice Purposes Only** | | | | 0.00 |
| Account No.  **Amalgamated** PO Box 1006 Old Bridge, NJ 08852 | | J | **Notice Purposes Only** | | | | 0.00 |
| __22__   continuation sheets attached | | | | | Subtotal (Total of this page) | | 6,241.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      S/N:27339-070521    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Randel L Bjorkquist,**                                              Case No. _____
         **Caroline B Bjorkquist**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035302100063750**<br><br>**Amazon Credit Line**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | X | J | **2007**<br>**credit line** | | | | **1,006.00** |
| Account No. **3722-622204-92009**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** | X | J | **2005**<br>**Notice Purposes Only** | | | | **250.00** |
| Account No. **none**<br><br>**Analog Way**<br>**75 Maiden Lane**<br>**New York, NY 10038** | X | J | **2006**<br>**Trade debt** | | | | **9,409.00** |
| Account No. **10-29479**<br><br>**ARC Disposal**<br>**PO Box 9001822**<br>**Louisville, KY 40290** | X | J | **2007**<br>**Utility Bill** | | | | **672.00** |
| Account No.<br><br>**Arm Inc.**<br>**PO Box 129**<br>**Thorofare, NJ 08086** | | J | **Notice Purposes Only** | | | | **0.00** |

Sheet no. __1__ of __22__ sheets attached to Schedule of                     Subtotal                 **11,337.00**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Randel L Bjorkquist,**
       **Caroline B Bjorkquist**                                           Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4500226205** <br><br> **Arrow Financial Services** <br> **5996 Toughy Ave.** <br> **Niles, IL 60714** | X | J | **2004** <br> **Misc.** | | | | **3,443.00** |
| Account No. **4791-0600-2169-7932** <br><br> **Aspire Visa** <br> **PO Box 105555** <br> **Atlanta, GA 30348** | | J | **2006** <br> **Credit card purchases** | | | | **3,600.00** |
| Account No. **9182932830001020** <br><br> **Associated Bank** <br> **401 E. Kilbourn Ave.** <br> **Milwaukee, WI 53202** | X | J | **2005** <br> **loan** | | | | **4,813.00** |
| Account No. **3061043-9002/3** <br><br> **Associated Bank** <br> **401 E. Kilbourn Ave.** <br> **Milwaukee, WI 53202** | X | J | **2005** <br> **loan** | | | | **149,842.00** |
| Account No. <br><br> **Associated Credit Services** <br> **105 B South Street** <br> **Hopkinton, MA 01748** | X | J | **Notice Purposes Only** | | | | **0.00** |

Sheet no. __**2**___ of __**22**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **161,698.00**

Official Form 6F (10/06) - Cont.

In re    **Randel L Bjorkquist,**
    **Caroline B Bjorkquist**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **847-R06-1092-250 7** <br><br>**AT&T** <br>**225 W. Randolph 27A** <br>**Chicago, IL 60606** | X | J | | | **2007** <br>**Utility Bill** | | | | 3,376.00 |
| Account No. **847-741-0750-1110** <br><br>**AT&T** <br>**225 W. Randolph 27A** <br>**Chicago, IL 60606** | X | J | | | **2007** <br>**Utility Bill** | | | | 136.00 |
| Account No. **IL716106** <br><br>**AT&T** <br>**225 W. Randolph 27A** <br>**Chicago, IL 60606** | X | J | | | **2006** <br>**Utility Bill** | | | | 459.00 |
| Account No. **847-741-1592-1104** <br><br>**AT&T** <br>**225 W. Randolph 27A** <br>**Chicago, IL 60606** | X | J | | | **2007** <br>**Utility Bill** | | | | 198.00 |
| Account No. **847-741-1707-450-4** <br><br>**AT&T** <br>**225 W. Randolph 27A** <br>**Chicago, IL 60606** | X | J | | | **2007** <br>**Utility Bill** | | | | 479.00 |

Sheet no. __3___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,648.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Randel L Bjorkquist,**
**Caroline B Bjorkquist**

Case No. _____

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2768200** | | | | | **2007** **Trade debt** | | | | |
| **Atlas/Soundolier** **4545 East Baseline** **Phoenix, AZ 85040** | X | J | | | | | | | |
| | | | | | | | | | **3,086.00** |
| Account No. **01-PINA00** | | | | | **2005** **Trade debt** | | | | |
| **AVAD** **2680 United Lane** **Elk Grove Village, IL 60007** | X | J | | | | | | | |
| | | | | | | | | | **10,660.00** |
| Account No. **none** | | | | | **2005** **Trade debt** | | | | |
| **B&K Components Ltd.** **2100 Old Union Rd.** **Buffalo, NY 14227** | X | J | | | | | | | |
| | | | | | | | | | **4,080.00** |
| Account No. **74974999823146** | | | | | **2005** **credit line** | | | | |
| **Bank of America** **c/o Portfolio Recovery** **PO Box 12914** **Norfolk, VA 23541** | | J | | | | | | | |
| | | | | | | | | | **9,846.00** |
| Account No. | | | | | **Notice Purposes Only** | | | | |
| **Beihl & Beihl** **325 E. Fullerton** **Carol Stream, IL 60188** | | J | | | | | | | |
| | | | | | | | | | **0.00** |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,672.00**

Official Form 6F (10/06) - Cont.

In re    **Randel L Bjorkquist,**
    **Caroline B Bjorkquist**                                                          Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **none** | | | | **2004** **business office lease that was personally guaranteed** | | | | |
| **Berkley Court Properties** **92 Camp Grove Rd.** **Wyoming, IL 61491** | X | J | | | | | | 12,000.00 |
| Account No. | | | | **Notice Purposes Only** | | | | |
| **Berkley Court Properties** **c/o Kieth Kellenberger** **92 Camp Grove Rd.** **Wyoming, IL 61491** | X | J | | | | | | 0.00 |
| Account No. 3640959067 | | | | **2004** **Misc.** | | | | |
| **Beta Finance** **PO Box 6000** **Crown Point, IN 46308** | | J | | | | | | 2,200.00 |
| Account No. **PINNO1** | | | | **2007** **Trade debt** | | | | |
| **BTX Technologies Inc.** **5 Skyline Drive** **Hawthorne, NY 10532** | X | J | | | | | | 4,414.00 |
| Account No. | | | | **Notice Purposes Only** | | | | |
| **Buckley Building** **c/o Jim Nelis** **847 S. Randall Rd. Ste. 405** **Elgin, IL 60123** | | J | | | | | | 0.00 |

Sheet no. __5__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,614.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Randel L Bjorkquist,**          Case No. _____
       **Caroline B Bjorkquist**

_____,
                                     Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4862-3623-6364-7333** <br><br> **Capital One** <br> **Box 30285** <br> **Salt Lake City, UT 84130** | | J | **2006** <br> **Credit card purchases** | | | | 201.00 |
| Account No. **4121-7416-0722-7118** <br><br> **Capital One** <br> **Box 30285** <br> **Salt Lake City, UT 84130** | | J | **2006** <br> **Credit card purchases** | | | | 1,900.00 |
| Account No. **4121-7419-2534-7903** <br><br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130** | | J | **2006** <br> **Credit card purchases** | | | | 328.00 |
| Account No. **4388-6420-2084-5650** <br><br> **Capital One** <br> **Box 30285** <br> **Salt Lake City, UT 84130** | | J | **2006** <br> **Credit card purchases** | | | | 442.00 |
| Account No. **4791-2416-3118-2438** <br><br> **Capital One Visa** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130** | X | J | **2007** <br> **Credit card purchases** | | | | 1,946.00 |

Sheet no. __6__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,817.00**

Official Form 6F (10/06) - Cont.

In re **Randel L Bjorkquist,**
      **Caroline B Bjorkquist**
                                                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5189-1310-0623-7122** <br><br> **Card Services** <br> **PO Box 9201** <br> **Old Bethpage, NY 11804** | | J | | | **2005** <br> **Credit card purchases** | | | | **817.00** |
| Account No. **none** <br><br> **Carla Leone** <br> **5301 Dempster** <br> **Skokie, IL 60077** | | J | | | **2005** <br> **misc. fees** | | | | **2,200.00** |
| Account No. **4503251499** <br><br> **Charter One** <br> **One Citizens Drive** <br> **Riverside, RI 02915** | X | J | | | **2006** <br> **Credit card purchases** | | | | **409.00** |
| Account No. **4500226205** <br><br> **Charter One** <br> **One Citizen Drive** <br> **Riverside, RI 02915** | | J | | | **2006** <br> **credit line** | | | | **3,443.00** |
| Account No. **21700467** <br><br> **Chief AV** <br> **8401 Eagle Creek Parkway** <br> **Saint Michael, MN 55376** | X | J | | | **2006** <br> **Trade debt** | | | | **127.00** |

Sheet no. \_\_**7**\_\_\_ of \_\_**22**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **6,996.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Randel L Bjorkquist,**
    **Caroline B Bjorkquist**
                            Debtors

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4128-0031-2739-7555**<br><br>**Citibank Advantage**<br>**Box 6418**<br>**The Lakes, NV 88901** | X | J | **2004**<br>**credit line** | | | | **20,390.00** |
| Account No. **162310-24677**<br><br>**City of Elgin**<br>**PO Box 1569**<br>**Elgin, IL 60121** | X | J | **2007**<br>**Utility Bill** | | | | **354.00** |
| Account No. **none**<br><br>**City of Elgin**<br>**150 Dexter**<br>**Elgin, IL 60120** | | J | **Notice Purposes Only** | | | | **0.00** |
| Account No.<br><br>**Collection Bureau of America**<br>**Box 5103**<br>**Hayward, CA 94540** | | J | **Notice Purposes Only** | | | | **0.00** |
| Account No. **6684233007**<br><br>**Commonwealth Edison**<br>**PO Box 805379**<br>**Chicago, IL 60680** | X | J | **2007**<br>**Utility Bill** | | | | **338.00** |

Sheet no. __**8**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,082.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Randel L Bjorkquist,**
        **Caroline B Bjorkquist**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **947357/7K14496-41** | | | | **2006** **Trade debt** | | | | |
| Communications Supply Corp. 200 East Lies Road Carol Stream, IL 60188 | X | | J | | | | | 1,970.00 |
| Account No. **none** | | | | **2006** **Trade debt** | | | | |
| Comprehensive Brands Inc. 8601 West Bryn Mawr Chicago, IL 60631 | X | | J | | | | | 717.00 |
| Account No. | | | | **Notice Purposes Only** | | | | |
| Credit Recovery Systems 212 St. Charles Rd. Villa Park, IL 60181 | | | J | | | | | 0.00 |
| Account No. | | | | **2007** **Notice Purposes Only** | | | | |
| Creditors Recovery Systems 212 W. St. Charles Rd. Villa Park, IL 60181 | X | | J | | | | | 0.00 |
| Account No. | | | | **Notice Purposes Only** | | | | |
| CST PO Box 33127 Louisville, KY 40232-3127 | X | | J | | | | | 0.00 |

Sheet no. __9__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal        2,687.00
                                            (Total of this page)

Official Form 6F (10/06) - Cont.

In re  **Randel L Bjorkquist,**
      **Caroline B Bjorkquist**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **201926**<br><br>**Da-Lite Screen**<br>**3100 North Detroit Street**<br>**Warsaw, IN 46581** | X | J | **2007**<br>**Trade debt** | | | | 13,618.00 |
| Account No. **6011-5000-5949-2028**<br><br>**Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** | X | J | **2005**<br>**credit line** | | | | 8,413.00 |
| Account No. **501-8128873-001**<br><br>**Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** | X | J | **2006**<br>**credit line** | | | | 6,161.00 |
| Account No. **501-8128873-002**<br><br>**Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** | X | J | **2006**<br>**credit line** | | | | 1,074.00 |
| Account No. **6879450212000140000**<br><br>**Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** | X | J | **2005**<br>**credit line** | | | | 12.00 |

Sheet no. _**10**_ of _**22**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,278.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Randel L Bjorkquist,**
**Caroline B Bjorkquist**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **33229501** <br><br> **Direct TV** <br> **PO Box 6550** <br> **Greenwood Village, CO 80155** | | J | **2006** <br> **Cable Bill** | | | | **100.00** |
| Account No. **6011-0051-7250-0707** <br><br> **Discover Card** <br> **P.O. Box 30943** <br> **Salt Lake City, UT 84130** | | J | **2005** <br> **Credit card purchases** | | | | **9,936.00** |
| Account No. **8.25591E+15** <br><br> **Dish Network** <br> **Dept. 0063** <br> **Palatine, IL 60055** | | J | **2006** <br> **Trade debt** | | | | **100.00** |
| Account No. **736276** <br><br> **eRoyal Office Products** <br> **360 Shore Drive** <br> **Burr Ridge, IL 60527** | X | J | **2007** <br> **Trade debt** | | | | **446.00** |
| Account No. **1825-7713-8** <br><br> **Federal Express** <br> **PO Box 1140** <br> **Memphis, TN 38101** | X | J | **2006** <br> **Trade debt** | | | | **2,389.00** |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,971.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Randel L Bjorkquist,**
         **Caroline B Bjorkquist**                                          Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Notice Purposes Only** | | | | |
| **Fein Such Kahn** **7 Century Drive Suite 201** **Parisippany, NJ 07050** | | | J | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **Notice Purposes Only** | | | | |
| **Financial Recovery Services** **Box 385908** **Minneapolis, MN 55438** | | | J | | | | | |
| | | | | | | | | **0.00** |
| Account No. **4988-8200-0041-3616** | | | | **2006** **credit line** | | | | |
| **First Equity Visa** **PO Box 23029** **Columbus, GA 31902** | X | | J | | | | | |
| | | | | | | | | **2,931.00** |
| Account No. **none** | | | | **2006** **Trade debt** | | | | |
| **GC Services** **c/o IDES** **PO Box 79** **Elgin, IL 60121** | | | J | | | | | |
| | | | | | | | | **7,000.00** |
| Account No. **5046-6202-1927-5799** | | | | **2005** **loan** | | | | |
| **GE Money Bank** **PO box 981127** **El Paso, TX 79998** | | | J | | | | | |
| | | | | | | | | **3,215.00** |

Sheet no. \_**12**\_ of \_**22**\_ sheets attached to Schedule of          Subtotal          | **13,146.00** |
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

Official Form 6F (10/06) - Cont.

In re    **Randel L Bjorkquist,**
          **Caroline B Bjorkquist**
                                                                                    Case No. _____

_____ ,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **20T337** <br><br> **Gordon Flesch** <br> **PO Box 992** <br> **Madison, WI 53701** | X | J | **2006** <br> **Trade debt** | | | | **474.00** |
| Account No. **6035-3204-8799-2115** <br><br> **Home Depot** <br> **PO Box 689100** <br> **Des Moines, IA 50368-9100** | | J | **2005** <br> **Credit card purchases** | | | | **2,409.00** |
| Account No. **6035-3220-1314-5580** <br><br> **Home Depot** <br> **Box 6029** <br> **The Lakes, NV 88901** | X | J | **2005** <br> **credit line** | | | | **4,723.00** |
| Account No. **11820432** <br><br> **Home Depot & Certegy Check Services** <br> **c/o Bennet & DeLoney** <br> **1265 E. Fort Union Blvd. Ste. 150** <br> **Midvale, UT 84047** | X | J | **2005** <br> **Misc.** | | | | **3,025.00** |
| Account No. **5407-9150-0736-2638** <br><br> **Household Bank** <br> **Box 80084** <br> **Salinas, CA 93912** | | J | **2005** <br> **Credit card purchases** | | | | **678.00** |

Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,309.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Randel L Bjorkquist,**
**Caroline B Bjorkquist**                             Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **none** <br><br> **Jason Leone** <br> **2534 N Prospect Ave. Apt. B** <br> **Milwaukee, WI 53211** | X | | J | **2005** <br> **misc. fees** | | | | **2,000.00** |
| Account No. <br><br> **LC Systems** <br> **444 Highway 96 East** <br> **PO Box 64887** <br> **Saint Paul, MN 55164** | | | J | **Notice Purposes Only** | | | | **0.00** |
| Account No. 819-2414-005035-2 <br><br> **Lowes** <br> **PO Box 530914** <br> **Atlanta, GA 30353-0914** | | | J | **2005** <br> **Credit card purchases** | | | | **990.00** |
| Account No. <br><br> **LTDFinancial Services** <br> **7322 Southwest Freeway, Ste.1600** <br> **Houston, TX 77074** | | | J | **Notice Purposes Only** | | | | **0.00** |
| Account No. 5490-9906-9719-4148 <br><br> **MBNA America** <br> **Box 15137** <br> **Wilmington, DE 19886** | X | | J | **2004** <br> **credit line** | | | | **22,218.00** |

Sheet no. \_**14**\_ of \_**22**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **25,208.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Randel L Bjorkquist,**
**Caroline B Bjorkquist**
                                                                                    Case No. _____

_____,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**McCarthy Burgess & Wolff** <br>**26000** <br>**Cannon Rd.** <br>**Bedford, OH 44146** | | J | Notice Purposes Only | | | | 0.00 |
| Account No. **53363702** <br><br>**McMaster Carr** <br>**PO Box 7690** <br>**Chicago, IL 60680** | X | J | 2006 <br>Trade debt | | | | 150.00 |
| Account No. <br><br>**Mitek Corp.** <br>**PO Box 38** <br>**Winslow, IL 61089** | X | J | Notice Purposes Only | | | | 0.00 |
| Account No. <br><br>**NCO Financial** <br>**1804 Washington Blvd.** <br>**Baltimore, MD 21230** | X | J | Notice Purposes Only | | | | 0.00 |
| Account No. **5355217596** <br><br>**Nicor** <br>**PO Box 310** <br>**Aurora, IL 60507** | X | J | 2007 <br>Utility Bill | | | | 151.00 |

Sheet no. __15__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**301.00**

Official Form 6F (10/06) - Cont.

In re    **Randel L Bjorkquist,**
     **Caroline B Bjorkquist**
                                             ,
                                     Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **557543**<br><br>**NRH & Associates**<br>**PO Box 45**<br>**Picayune, MS 39466** | X | J | | | **2007**<br>**Notice Purposes Only** | | | | 0.00 |
| Account No.<br><br>**NSA**<br>**751 Summa Ave.**<br>**Westbury, NY 11590** | | J | | | **Notice Purposes Only** | | | | 0.00 |
| Account No. **5489-5500-5585-6705**<br><br>**Orchard Bank**<br>**Box 17051**<br>**Baltimore, MD 21297** | | J | | | **2005**<br>**Credit card purchases** | | | | 625.00 |
| Account No. **0016911040**<br><br>**Patrick Connor MD**<br>**c/o TRG Account Services**<br>**Box 6027**<br>**Plymouth, MI 48170** | | J | | | **2005**<br>**Medical Bills** | | | | 389.00 |
| Account No. **none**<br><br>**Phonic Ear**<br>**3880 Cypress Drive**<br>**Petaluma, CA 94954** | X | J | | | **2005**<br>**Trade debt** | | | | 8,155.00 |

Sheet no. __**16**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,169.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Randel L Bjorkquist,**
         **Caroline B Bjorkquist**                                          Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7166680** | | | | **2007** **Trade debt** | | | | |
| **Pitney Bowes Finance** **PO Box 856460** **Louisville, KY 40285** | **X** | **J** | | | | | | |
| | | | | | | | | **377.00** |
| Account No. **8000-9000-0491-3541** | | | | **2007** **Trade debt** | | | | |
| **Pitney Bowes Purchase Power** **PO Box 856042** **Louisville, KY 40285** | **X** | **J** | | | | | | |
| | | | | | | | | **534.00** |
| Account No. **10PIAVSY** | | | | **2006** **Trade debt** | | | | |
| **Premier Mounts** **3130 East Miraloma Ave.** **Anaheim, CA 92806** | **X** | **J** | | | | | | |
| | | | | | | | | **5,734.00** |
| Account No. | | | | **Notice Purposes Only** | | | | |
| **Pro Consulting Services** **PO Box 66768** **Houston, TX 77266** | | **J** | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **100-125** | | | | **2007** **Trade debt** | | | | |
| **Project Doctor** **12720 Danielson Court** **Poway, CA 92064** | **X** | **J** | | | | | | |
| | | | | | | | | **1,791.00** |

Sheet no. __**17**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **8,436.00**

Official Form 6F (10/06) - Cont.

In re    **Randel L Bjorkquist,**
         **Caroline B Bjorkquist**

Case No. _____

_____,
                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **24605** | | | | **2006** **Trade debt** | | | | |
| **QSC Audio Products** **Dept. 2049** **Los Angeles, CA 90084** | X | | J | | | | | |
| | | | | | | | | 939.00 |
| Account No. | | | | **Notice Purposes Only** | | | | |
| **Rauch Milliken** **PO Box 8390** **Metairie, LA 70011** | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. **500211214** | | | | **2005** **Trade debt** | | | | |
| **RH Donnelly** **PO Box 807008** **Kansas City, MO 64180** | X | | J | | | | | |
| | | | | | | | | 18,058.00 |
| Account No. | | | | **Notice Purposes Only** | | | | |
| **RMS** **PO Box 20543** **Lehigh Valley, PA 18002** | | | J | | | | | |
| | | | | | | | | 0.00 |
| Account No. **475943** | | | | **2006** **Trade debt** | | | | |
| **Samsung Opto Inc.** **40 Seaview Drive** **Secaucus, NJ 07094** | X | | J | | | | | |
| | | | | | | | | 25,775.00 |

Sheet no. **18** of **22** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**44,772.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Randel L Bjorkquist,**
      **Caroline B Bjorkquist**
                                          Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **818182386** <br><br> **SBC Long Distance** <br> **PO Box 660688** <br> **Dallas, TX 75266** | X | | J | **2006** <br> **Utility Bill** | | | | 484.00 |
| Account No. <br><br> **Shure, Inc.** <br> **5800 Touhy** <br> **Niles, IL 60714** | | | J | **2006** <br> **Misc.** | | | | 1,382.00 |
| Account No. **none** <br><br> **Sounds Incorporated** <br> **1550 Shore Road** <br> **Naperville, IL 60563** | X | | J | **2006** <br> **Trade debt** | | | | 3,960.00 |
| Account No. **none** <br><br> **Steve Kish** <br> **1090 Grenada** <br> **Aurora, IL 60506** | X | | J | **2005** <br> **misc. fees** | | | | 10,019.00 |
| Account No. <br><br> **Teller Levit & Silverstrust** <br> **11 E. Adams Street** <br> **Chicago, IL 60603** | X | | J | **Notice Purposes Only** | | | | 0.00 |

Sheet no. __19__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,845.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Randel L Bjorkquist,**
**Caroline B Bjorkquist**

Case No. _____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | J | Notice Purposes Only | | | | |
| **The Notte Agency** **250 Half Mile Road** **Red Bank, NJ 07701** | | | | | | | | **0.00** |
| Account No. | X | | J | 2005 Notice Purposes Only | | | | |
| **Tina Jacobs** **c/o Associated Bank** **77 W Washington STW 2100** **Chicago, IL 60602** | | | | | | | | **0.00** |
| Account No. **none** | X | | J | 2006 Trade debt | | | | |
| **Trade Press Services LLC** **2854 Sapra Street** **Thousand Oaks, CA 91362** | | | | | | | | **1,000.00** |
| Account No. **14296** | X | | J | 2005 Trade debt | | | | |
| **United Fire & Casuality** **MDC 14 Depot Street** **Merrimack, NH 03054** | | | | | | | | **5,379.00** |
| Account No. **W2095X** | X | | J | 2007 Trade debt | | | | |
| **UPS** **PO Box 650580** **Dallas, TX 75265** | | | | | | | | **1,136.00** |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,515.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Randel L Bjorkquist,**
     **Caroline B Bjorkquist**

Case No. _____

_____ ,
                                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W J C | | | | | |
| Account No. **700415474** | | | | **2006** | | | | |
| **UPS Supply Chain Solutions** **PO Box 371232** **Pittsburgh, PA 15250** | X | J | | **Trade debt** | | | | |
| | | | | | | | | 825.00 |
| Account No. **5409-7927-0106-9062** | | | | **2006** | | | | |
| **Washington Mutual** **PO Box 660509** **Dallas, TX 75266** | | J | | **Credit card purchases** | | | | |
| | | | | | | | | 8,580.00 |
| Account No. | | | | **Notice Purposes Only** | | | | |
| **Weinstock & Omalley** **105 White Oak Lane** **Old Bridge, NJ 08852** | | J | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **7280062004** | | | | **2006** | | | | |
| **Wells Fargo Bank** **PO Box 10475** **Des Moines, IA 50306** | | J | | **loan** | | | | |
| | | | | | | | | 677.00 |
| Account No. **782765182** | | | | **2006** | | | | |
| **Worldwide Express** **PO Box 22549** **Houston, TX 77227** | X | J | | **Trade debt** | | | | |
| | | | | | | | | 7,303.00 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,385.00

Official Form 6F (10/06) - Cont.

In re **Randel L Bjorkquist,**
**Caroline B Bjorkquist**                                              Case No. _____

_____,
                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **505110** <br><br> **Yellow Book USA** <br> **Box 586** <br> **Newark, NJ 07101** | X | J | | **2005** <br> **Trade debt** | | | | 14,347.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal <br> (Total of this page) | | 14,347.00 |
| | | Total <br> (Report on Summary of Schedules) | | 475,474.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6G
(10/05)

In re    **Randel L Bjorkquist,**                                    Case No. _____
      **Caroline B Bjorkquist**

_____,
                      Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Berkley Court Properties** | **office space lease** |

  **0**  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Form B6H
(10/05)

In re   **Randel L Bjorkquist,**                                               Case No. _____
      **Caroline B Bjorkquist**

_____,
Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Kissel** | **ADI**<br>**509 Busse Rd.**<br>**Elk Grove Village, IL 60007** |
| **John Kissel** | **Analog Way**<br>**75 Maiden Lane**<br>**New York, NY 10038** |
| **John Kissel** | **ARC Disposal**<br>**PO Box 9001822**<br>**Louisville, KY 40290** |
| **John Kissel** | **Associated Bank**<br>**401 E. Kilbourn Ave.**<br>**Milwaukee, WI 53202** |
| **John Kissel** | **Associated Bank**<br>**401 E. Kilbourn Ave.**<br>**Milwaukee, WI 53202** |
| **John Kissel** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |
| **John Kissel** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |
| **John Kissel** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |
| **John Kissel** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |
| **John Kissel** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |
| **John Kissel** | **Atlas/Soundolier**<br>**4545 East Baseline**<br>**Phoenix, AZ 85040** |
| **John Kissel** | **AVAD**<br>**2680 United Lane**<br>**Elk Grove Village, IL 60007** |

  **10**  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **Randel L Bjorkquist,**                   Case No. _____

           **Caroline B Bjorkquist**

_____,

Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Kissel** | **B&K Components Ltd.**<br>**2100 Old Union Rd.**<br>**Buffalo, NY 14227** |
| **John Kissel** | **Berkley Court Properties**<br>**92 Camp Grove Rd.**<br>**Wyoming, IL 61491** |
| **John Kissel** | **BTX Technologies Inc.**<br>**5 Skyline Drive**<br>**Hawthorne, NY 10532** |
| **John Kissel** | **Capital One Visa**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** |
| **John Kissel** | **Chief AV**<br>**8401 Eagle Creek Parkway**<br>**Saint Michael, MN 55376** |
| **John Kissel** | **Creditors Recovery Systems**<br>**212 W. St. Charles Rd.**<br>**Villa Park, IL 60181** |
| **John Kissel** | **Mitek Corp.**<br>**PO Box 38**<br>**Winslow, IL 61089** |
| **John Kissel** | **Amazon Credit Line**<br>**PO Box 689020**<br>**Des Moines, IA 50368** |
| **John Kissel** | **Berkley Court Properties**<br>**c/o Kieth Kellenberger**<br>**92 Camp Grove Rd.**<br>**Wyoming, IL 61491** |
| **John Kissel** | **Charter One**<br>**One Citizens Drive**<br>**Riverside, RI 02915** |
| **John Kissel** | **Associated Credit Services**<br>**105 B South Street**<br>**Hopkinton, MA 01748** |
| **John Kissel** | **Arrow Financial Services**<br>**5996 Toughy Ave.**<br>**Niles, IL 60714** |
| **John Kissel** | **Tina Jacobs**<br>**c/o Associated Bank**<br>**77 W Washington STW 2100**<br>**Chicago, IL 60602** |

Sheet ___1___ of ___10___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    **Randel L Bjorkquist,**                              Case No. _____
    **Caroline B Bjorkquist**

_____,
Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| John Kissel | American Express<br>PO Box 0001<br>Los Angeles, CA 90096 |
| John Kissel | Citibank Advantage<br>Box 6418<br>The Lakes, NV 88901 |
| John Kissel | City of Elgin<br>PO Box 1569<br>Elgin, IL 60121 |
| John Kissel | Commonwealth Edison<br>PO Box 805379<br>Chicago, IL 60680 |
| John Kissel | Communications Supply Corp.<br>200 East Lies Road<br>Carol Stream, IL 60188 |
| John Kissel | CST<br>PO Box 33127<br>Louisville, KY 40232-3127 |
| John Kissel | Teller Levit & Silvertrust<br>11 E. Adams Street<br>Chicago, IL 60603 |
| John Kissel | Comprehensive Brands Inc.<br>8601 West Bryn Mawr<br>Chicago, IL 60631 |
| John Kissel | NCO Financial<br>1804 Washington Blvd.<br>Baltimore, MD 21230 |
| John Kissel | Da-Lite Screen<br>3100 North Detroit Street<br>Warsaw, IN 46581 |
| John Kissel | NRH & Associates<br>PO Box 45<br>Picayune, MS 39466 |
| John Kissel | Dell Business Line of Credit<br>2012 Corporate Lane<br>Naperville, IL 60563 |
| John Kissel | Dell Business Line of Credit<br>2012 Corporate Lane<br>Naperville, IL 60563 |

Sheet __2__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Randel L Bjorkquist,**
         **Caroline B Bjorkquist**                                       Case No. _____

                                           Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Kissel** | **Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** |
| **John KIssel** | **Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** |
| **John Kissel** | **eRoyal Office Products**<br>**360 Shore Drive**<br>**Burr Ridge, IL 60527** |
| **John Kissel** | **Federal Express**<br>**PO Box 1140**<br>**Memphis, TN 38101** |
| **John Kissel** | **First Equity Visa**<br>**PO Box 23029**<br>**Columbus, GA 31902** |
| **John Kissel** | **Gordon Flesch**<br>**PO Box 992**<br>**Madison, WI 53701** |
| **John KIssel** | **Home Depot & Certegy Check Services**<br>**c/o Bennet & DeLoney**<br>**1265 E. Fort Union Blvd. Ste. 150**<br>**Midvale, UT 84047** |
| **John Kissel** | **Home Depot**<br>**Box 6029**<br>**The Lakes, NV 88901** |
| **John Kissel** | **Jason Leone**<br>**2534 N Prospect Ave. Apt. B**<br>**Milwaukee, WI 53211** |
| **John Kissel** | **MBNA America**<br>**Box 15137**<br>**Wilmington, DE 19886** |
| **John Kissel** | **Nicor**<br>**PO Box 310**<br>**Aurora, IL 60507** |
| **John Kissel** | **McMaster Carr**<br>**PO Box 7690**<br>**Chicago, IL 60680** |
| **John Kissel** | **Phonic Ear**<br>**3880 Cypress Drive**<br>**Petaluma, CA 94954** |

Sheet  **3**  of  **10**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re      **Randel L Bjorkquist,**                                    Case No. _____
       **Caroline B Bjorkquist**

_____,
Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Kissel** | **Pitney Bowes Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285** |
| **John Kissel** | **Pitney Bowes Finance**<br>**PO Box 856460**<br>**Louisville, KY 40285** |
| **John Kissel** | **Premier Mounts**<br>**3130 East Miraloma Ave.**<br>**Anaheim, CA 92806** |
| **John Kissel** | **Project Doctor**<br>**12720 Danielson Court**<br>**Poway, CA 92064** |
| **John Kissel** | **QSC Audio Products**<br>**Dept. 2049**<br>**Los Angeles, CA 90084** |
| **John Kissel** | **RH Donnelly**<br>**PO Box 807008**<br>**Kansas City, MO 64180** |
| **John Kissel** | **Samsung Opto Inc.**<br>**40 Seaview Drive**<br>**Secaucus, NJ 07094** |
| **John Kissel** | **SBC Long Distance**<br>**PO Box 660688**<br>**Dallas, TX 75266** |
| **John Kissel** | **Sounds Incorporated**<br>**1550 Shore Road**<br>**Naperville, IL 60563** |
| **John Kissel** | **Steve Kish**<br>**1090 Grenada**<br>**Aurora, IL 60506** |
| **John Kissel** | **Trade Press Services LLC**<br>**2854 Sapra Street**<br>**Thousand Oaks, CA 91362** |
| **John Kissel** | **United Fire & Casuality**<br>**MDC 14 Depot Street**<br>**Merrimack, NH 03054** |
| **John Kissel** | **UPS Supply Chain Solutions**<br>**PO Box 371232**<br>**Pittsburgh, PA 15250** |

Sheet __**4**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Randel L Bjorkquist,**                                 Case No. _____

          **Caroline B Bjorkquist**

_____ ,

Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Kissel** | **UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265** |
| **John Kissel** | **Worldwide Express**<br>**PO Box 22549**<br>**Houston, TX 77227** |
| **John Kissel** | **Yellow Book USA**<br>**Box 586**<br>**Newark, NJ 07101** |
| **Pinnacle A/V System, Inc.** | **Berkley Court Properties**<br>**c/o Kieth Kellenberger**<br>**92 Camp Grove Rd.**<br>**Wyoming, IL 61491** |
| **Pinnacle A/V System, Inc.** | **Charter One**<br>**One Citizens Drive**<br>**Riverside, RI 02915** |
| **Pinnacle A/V System, Inc.** | **Associated Credit Services**<br>**105 B South Street**<br>**Hopkinton, MA 01748** |
| **Pinnacle A/V Systems, Inc.**<br>**11704 Berkley St.**<br>**Elgin, IL 60123** | **ADI**<br>**509 Busse Rd.**<br>**Elk Grove Village, IL 60007** |
| **Pinnacle A/V Systems, Inc.**<br>**11704 Berkley St.**<br>**Elgin, IL 60123** | **Analog Way**<br>**75 Maiden Lane**<br>**New York, NY 10038** |
| **Pinnacle A/V Systems, Inc.**<br>**11704 Berkley St.**<br>**Elgin, IL 60123** | **ARC Disposal**<br>**PO Box 9001822**<br>**Louisville, KY 40290** |
| **Pinnacle A/V Systems, Inc.**<br>**11704 Berkley St.**<br>**Elgin, IL 60123** | **Associated Bank**<br>**401 E. Kilbourn Ave.**<br>**Milwaukee, WI 53202** |
| **Pinnacle A/V Systems, Inc.**<br>**11704 Berkley St.**<br>**Elgin, IL 60123** | **Associated Bank**<br>**401 E. Kilbourn Ave.**<br>**Milwaukee, WI 53202** |
| **Pinnacle A/V Systems, Inc.** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |
| **Pinnacle A/V Systems, Inc.** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |

Sheet __5__ of __10__ continuation sheets attached to the Schedule of Codebtors

In re    **Randel L Bjorkquist,**
     **Caroline B Bjorkquist**

Case No. _____

_____,
                   Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinnacle A/V Systems, Inc.** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |
| **Pinnacle A/V Systems, Inc.** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |
| **Pinnacle A/V Systems, Inc.** | **AT&T**<br>**225 W. Randolph 27A**<br>**Chicago, IL 60606** |
| **Pinnacle A/V Systems, Inc.** | **Atlas/Soundolier**<br>**4545 East Baseline**<br>**Phoenix, AZ 85040** |
| **Pinnacle A/V Systems, Inc.** | **AVAD**<br>**2680 United Lane**<br>**Elk Grove Village, IL 60007** |
| **Pinnacle A/V Systems, Inc.** | **B&K Components Ltd.**<br>**2100 Old Union Rd.**<br>**Buffalo, NY 14227** |
| **Pinnacle A/V Systems, Inc.** | **Berkley Court Properties**<br>**92 Camp Grove Rd.**<br>**Wyoming, IL 61491** |
| **Pinnacle A/V Systems, Inc.** | **BTX Technologies Inc.**<br>**5 Skyline Drive**<br>**Hawthorne, NY 10532** |
| **Pinnacle A/V Systems, Inc.** | **Capital One Visa**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** |
| **Pinnacle A/V Systems, Inc.** | **Chief AV**<br>**8401 Eagle Creek Parkway**<br>**Saint Michael, MN 55376** |
| **Pinnacle A/V Systems, Inc.** | **Creditors Recovery Systems**<br>**212 W. St. Charles Rd.**<br>**Villa Park, IL 60181** |
| **Pinnacle A/V Systems, Inc.** | **Mitek Corp.**<br>**PO Box 38**<br>**Winslow, IL 61089** |
| **Pinnacle A/V Systems, Inc.** | **Amazon Credit Line**<br>**PO Box 689020**<br>**Des Moines, IA 50368** |

Sheet __**6**__ of __**10**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Randel L Bjorkquist,**                              Case No. _____

          **Caroline B Bjorkquist**

_____ ,

Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinnacle A/V Systems, Inc.** | **Arrow Financial Services**<br>**5996 Touhy Ave.**<br>**Niles, IL 60714** |
| **Pinnacle A/V Systems, Inc.** | **Tina Jacobs**<br>**c/o Associated Bank**<br>**77 W Washington STW 2100**<br>**Chicago, IL 60602** |
| **Pinnacle A/V Systems, Inc.** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |
| **Pinnacle A/V Systems, Inc.** | **Citibank Advantage**<br>**Box 6418**<br>**The Lakes, NV 88901** |
| **Pinnacle A/V Systems, Inc.** | **City of Elgin**<br>**PO Box 1569**<br>**Elgin, IL 60121** |
| **Pinnacle A/V Systems, Inc.** | **Commonwealth Edison**<br>**PO Box 805379**<br>**Chicago, IL 60680** |
| **Pinnacle A/V Systems, Inc.** | **Communications Supply Corp.**<br>**200 East Lies Road**<br>**Carol Stream, IL 60188** |
| **Pinnacle A/V Systems, Inc.** | **CST**<br>**PO Box 33127**<br>**Louisville, KY 40232-3127** |
| **Pinnacle A/V Systems, Inc.** | **Teller Levit & Silvertrust**<br>**11 E. Adams Street**<br>**Chicago, IL 60603** |
| **Pinnacle A/V Systems, Inc.** | **Comprehensive Brands Inc.**<br>**8601 West Bryn Mawr**<br>**Chicago, IL 60631** |
| **Pinnacle A/V Systems, Inc.** | **NCO Financial**<br>**1804 Washington Blvd.**<br>**Baltimore, MD 21230** |
| **Pinnacle A/V Systems, Inc.** | **Da-Lite Screen**<br>**3100 North Detroit Street**<br>**Warsaw, IN 46581** |
| **Pinnacle A/V Systems, Inc.** | **NRH & Associates**<br>**PO Box 45**<br>**Picayune, MS 39466** |

Sheet __7__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Randel L Bjorkquist,**                                    Case No. _____
         **Caroline B Bjorkquist**
_____,
                          Debtors
## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinnacle A/V Systems, Inc.** | **Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** |
| **Pinnacle A/V Systems, Inc.** | **Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** |
| **Pinnacle A/V Systems, Inc.** | **Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** |
| **Pinnacle A/V Systems, Inc.** | **Dell Business Line of Credit**<br>**2012 Corporate Lane**<br>**Naperville, IL 60563** |
| **Pinnacle A/V Systems, Inc.** | **eRoyal Office Products**<br>**360 Shore Drive**<br>**Burr Ridge, IL 60527** |
| **Pinnacle A/V Systems, Inc.** | **Federal Express**<br>**PO Box 1140**<br>**Memphis, TN 38101** |
| **Pinnacle A/V Systems, Inc.** | **First Equity Visa**<br>**PO Box 23029**<br>**Columbus, GA 31902** |
| **Pinnacle A/V Systems, Inc.** | **Gordon Flesch**<br>**PO Box 992**<br>**Madison, WI 53701** |
| **Pinnacle A/V Systems, Inc.** | **Home Depot & Certegy Check Services**<br>**c/o Bennet & DeLoney**<br>**1265 E. Fort Union Blvd. Ste. 150**<br>**Midvale, UT 84047** |
| **Pinnacle A/V Systems, Inc.** | **Home Depot**<br>**Box 6029**<br>**The Lakes, NV 88901** |
| **Pinnacle A/V Systems, Inc.** | **Jason Leone**<br>**2534 N Prospect Ave. Apt. B**<br>**Milwaukee, WI 53211** |
| **Pinnacle A/V Systems, Inc.** | **MBNA America**<br>**Box 15137**<br>**Wilmington, DE 19886** |
| **Pinnacle A/V Systems, Inc.** | **Nicor**<br>**PO Box 310**<br>**Aurora, IL 60507** |

Sheet __8__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Randel L Bjorkquist,**                                    Case No. _____
      **Caroline B Bjorkquist**

_____,
Debtors

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Pinnacle A/V Systems, Inc.** | **McMaster Carr**<br>**PO Box 7690**<br>**Chicago, IL 60680** |
| **Pinnacle A/V Systems, Inc.** | **Phonic Ear**<br>**3880 Cypress Drive**<br>**Petaluma, CA 94954** |
| **Pinnacle A/V Systems, Inc.** | **Pitney Bowes Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285** |
| **Pinnacle A/V Systems, Inc.** | **Pitney Bowes Finance**<br>**PO Box 856460**<br>**Louisville, KY 40285** |
| **Pinnacle A/V Systems, Inc.** | **Premier Mounts**<br>**3130 East Miraloma Ave.**<br>**Anaheim, CA 92806** |
| **Pinnacle A/V Systems, Inc.** | **Project Doctor**<br>**12720 Danielson Court**<br>**Poway, CA 92064** |
| **Pinnacle A/V Systems, Inc.** | **QSC Audio Products**<br>**Dept. 2049**<br>**Los Angeles, CA 90084** |
| **Pinnacle A/V Systems, Inc.** | **RH Donnelly**<br>**PO Box 807008**<br>**Kansas City, MO 64180** |
| **Pinnacle A/V Systems, Inc.** | **Samsung Opto Inc.**<br>**40 Seaview Drive**<br>**Secaucus, NJ 07094** |
| **Pinnacle A/V Systems, Inc.** | **SBC Long Distance**<br>**PO Box 660688**<br>**Dallas, TX 75266** |
| **Pinnacle A/V Systems, Inc.** | **Sounds Incorporated**<br>**1550 Shore Road**<br>**Naperville, IL 60563** |
| **Pinnacle A/V Systems, Inc.** | **Steve Kish**<br>**1090 Grenada**<br>**Aurora, IL 60506** |
| **Pinnacle A/V Systems, Inc.** | **Trade Press Services LLC**<br>**2854 Sapra Street**<br>**Thousand Oaks, CA 91362** |

Sheet __9__ of __10__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Randel L Bjorkquist,**                                           Case No. _____
         **Caroline B Bjorkquist**
_____,
                                                    Debtors
# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinnacle A/V Systems, Inc.** | **United Fire & Casuality**<br>**MDC 14 Depot Street**<br>**Merrimack, NH 03054** |
| **Pinnacle A/V Systems, Inc.** | **UPS Supply Chain Solutions**<br>**PO Box 371232**<br>**Pittsburgh, PA 15250** |
| **Pinnacle A/V Systems, Inc.** | **UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265** |
| **Pinnacle A/V Systems, Inc.** | **Worldwide Express**<br>**PO Box 22549**<br>**Houston, TX 77227** |
| **Pinnacle A/V Systems, Inc.** | **Yellow Book USA**<br>**Box 586**<br>**Newark, NJ 07101** |

Sheet __10__ of __10__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6I (10/06)

In re  **Randel L Bjorkquist**
**Caroline B Bjorkquist**                                      Case No. _____
                          Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Software writer** | |
| Name of Employer | **Coilcraft Inc.** | **Unemployment (State of IL.)** |
| How long employed | **8 years** | |
| Address of Employer | **1102 Silver Lake Road**<br>**Cary, IL 60013** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,480.67 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,480.67 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 1,074.67 | $ 0.00 |
| b. Insurance | $ 173.33 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,248.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,232.67 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): **unemployment** | $ 0.00 | $ 817.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 817.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,232.67 | $ 817.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 4,049.67 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re
**Randel L Bjorkquist**
**Caroline B Bjorkquist**                                                    Case No. _____
                                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,000.00 |
| a. Are real estate taxes included? | Yes ___   No **X** | |
| b. Is property insurance included? | Yes ___   No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ 350.00 |
| b. Water and sewer | | $ 50.00 |
| c. Telephone | | $ 40.00 |
| d. Other   **See Detailed Expense Attachment** | | $ 260.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 300.00 |
| 8. Transportation (not including car payments) | | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 45.00 |
| b. Life | | $ 56.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 100.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 434.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| d. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other   **car maintenance** | | $ 200.00 |
| Other _____ | | $ 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $  3,985.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a.   Average monthly income from Line 15 of Schedule I | $ 4,049.67 |
| b.   Average monthly expenses from Line 18 above | $ 3,985.00 |
| c.   Monthly net income (a. minus b.) | $ 64.67 |

Official Form 6J (10/06)

In re **Randel L Bjorkquist**
**Caroline B Bjorkquist**
_____      Case No. _____
Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| cell phones | $ | 180.00 |
| cable/internet | $ | 80.00 |
| **Total Other Utility Expenditures** | $ | **260.00** |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Randel L Bjorkquist**
**Caroline B Bjorkquist**
_____   Case No. _____
                          Debtor(s)            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**48**__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 27, 2007** _____   Signature **/s/ Randel L Bjorkquist** _____
                                              **Randel L Bjorkquist**
                                              Debtor

Date **July 27, 2007** _____   Signature **/s/ Caroline B Bjorkquist** _____
                                              **Caroline B Bjorkquist**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Randel L Bjorkquist**
         **Caroline B Bjorkquist**
                                        Debtor(s)

Case No. _____

Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$28,384.00** | **YTD Husband** |
| **$52,000.00** | **2006 Husband** |
| **$45,000.00** | **2005 Husband** |
| **$2,470.00** | **YTD Wife unemployment** |
| **$20,000.00** | **2006 Wife** |
| **$20,000.00** | **2005 Wife** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pantos v. Caroline Bjorkquist, et al** | **suite for nonperformance** | **Kane County, IL** | **pending** |
| **Buckley v. Caroline Bjorkquist, et al** | **mechanics lien** | **Kane County, IL** | **pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Harley Davidson 2050 S. Eastwood Dr. Palatine, IL 60078** | **6/07** | **2005 Harley Ultra Classic $19,000** |

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Springer,Brown,Covey,Gaertner & Davis** **232 S. Batavia Ave.** **Batavia, IL 60510** | **06/07** | **$2500.** |

### 10. Other transfers

None
■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Associated Bank** | **checking closed 2006** | **$0** |
| **Charter One** | **checking closed 11/06** | **$0** |

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
□

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Vern Bjorkquist** | **kitchen set $200** | **debtors residence** |

### 15. Prior address of debtor

None
□

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **557 Morgan St., Elgin, IL** | | **1997-2005** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
       the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
       docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                                    DOCKET NUMBER                            STATUS OR DISPOSITION

### 18 . Nature, location and name of business

None
☐      a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
       partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
       immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity
       securities within **six years** immediately preceding the commencement of this case.

       *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six**
       **years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
       ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six**
       **years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Pinnacle A/V Systems, Inc.** | | | **a/v systems integration** | **1004-3/07** |

None
■      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                 ADDRESS

      The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

      *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None
■      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
       supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                     DATES SERVICES RENDERED

None
■      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the
       books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                     DATES SERVICES RENDERED

None
■      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
       of the debtor. If any of the books of account and records are not available, explain.

NAME                                                 ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS        DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME        ADDRESS        DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE        DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,        DATE AND PURPOSE        AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL        OR DESCRIPTION AND
VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **July 27, 2007**                  Signature   **/s/ Randel L Bjorkquist**
                                                     **Randel L Bjorkquist**
                                                     Debtor

Date **July 27, 2007**                  Signature   **/s/ Caroline B Bjorkquist**
                                                     **Caroline B Bjorkquist**
                                                     Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Randel L Bjorkquist
       Caroline B Bjorkquist                          Case No. _____

                             Debtor(s)        Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Res: 40W465 Stonecrest Drive Elgin, IL. 60123** | **Associated Bank** | X | | | |
| **Res: 40W465 Stonecrest Drive Elgin, IL. 60123** | **Buckley Building** | X | | | |
| **Res: 40W465 Stonecrest Drive Elgin, IL. 60123** | **Illinois Department of Revenue** | X | | | |
| **Res: 40W465 Stonecrest Drive Elgin, IL. 60123** | **IRS** | X | | | |
| **Res: 40W465 Stonecrest Drive Elgin, IL. 60123** | **National City** | X | | | |
| **2000 Jeep Cherokee (90,000 miles)** | **Carmax** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **July 27, 2007** _____      Signature    **/s/ Randel L Bjorkquist** _____
                                             **Randel L Bjorkquist**
                                             Debtor

Date   **July 27, 2007** _____      Signature    **/s/ Caroline B Bjorkquist** _____
                                             **Caroline B Bjorkquist**
                                             Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re **Randel L Bjorkquist**
**Caroline B Bjorkquist**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Any post-petition services including attendance at 341 meeting; representation of the debtors in any dischargeability actions; judicial lien avoidances; relief from stay actions or any other adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods or judgment liens.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **July 27, 2007**

**/s/ Bradley S. Covey**
**Bradley S. Covey 6208786**
**Springer Brown Covey Gaertner & Davis, LLC**
**232 S. Batavia Ave.**
**Batavia, IL 60510**
**630-879-9559  Fax: 630-879-9394**
**bcovey@springerbrown.com**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Bradley S. Covey 6208786 | X **/s/ Bradley S. Covey** | **July 27, 2007** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**232 S. Batavia Ave.**
**Batavia, IL 60510**
**630-879-9559**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Randel L Bjorkquist**
**Caroline B Bjorkquist** | X **/s/ Randel L Bjorkquist** | **July 27, 2007** |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known) | X **/s/ Caroline B Bjorkquist** | **July 27, 2007** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Randel L Bjorkquist**
**Caroline B Bjorkquist**

_____ Debtor(s)    Case No. _____
                               Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **251**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **July 27, 2007** _____    **/s/ Randel L Bjorkquist** _____
                                            **Randel L Bjorkquist**
                                            Signature of Debtor

Date: **July 27, 2007** _____    **/s/ Caroline B Bjorkquist** _____
                                            **Caroline B Bjorkquist**
                                            Signature of Debtor

Bank of America
PO Box 15726
Wilmington, DE 19886


ADI
509 Busse Rd.
Elk Grove Village, IL 60007


ADI
263 Old Country Road
Melville, NY 11747


Amalgamated
PO Box 1006
Old Bridge, NJ 08852


Amazon Credit Line
PO Box 689020
Des Moines, IA 50368


American Express
PO Box 0001
Los Angeles, CA 90096


Analog Way
75 Maiden Lane
New York, NY 10038


ARC Disposal
PO Box 9001822
Louisville, KY 40290


Arm Inc.
PO Box 129
Thorofare, NJ 08086


Arrow Financial Services
5996 Toughy Ave.
Niles, IL 60714


Aspire Visa
PO Box 105555
Atlanta, GA 30348

```
Associated Bank
401 E. Kilbourn Ave.
Milwaukee, WI 53202


Associated Bank
401 E. Kilbourn Ave.
Milwaukee, WI 53202


Associated Bank
401 E. Kilbourn Ave.
Milwaukee, WI 53202


Associated Credit Services
105 B South Street
Hopkinton, MA 01748


AT&T
225 W. Randolph 27A
Chicago, IL 60606


AT&T
225 W. Randolph 27A
Chicago, IL 60606


AT&T
225 W. Randolph 27A
Chicago, IL 60606


AT&T
225 W. Randolph 27A
Chicago, IL 60606


AT&T
225 W. Randolph 27A
Chicago, IL 60606


Atlas/Soundolier
4545 East Baseline
Phoenix, AZ 85040


AVAD
2680 United Lane
Elk Grove Village, IL 60007
```

B&K Components Ltd.
2100 Old Union Rd.
Buffalo, NY 14227


Bank of America
c/o Portfolio Recovery
PO Box 12914
Norfolk, VA 23541


Beihl & Beihl
325 E. Fullerton
Carol Stream, IL 60188


Berkley Court Properties
92 Camp Grove Rd.
Wyoming, IL 61491


Berkley Court Properties
c/o Kieth Kellenberger
92 Camp Grove Rd.
Wyoming, IL 61491


Berkley Court Properties


Beta Finance
PO Box 6000
Crown Point, IN 46308


BTX Technologies Inc.
5 Skyline Drive
Hawthorne, NY 10532


Buckley Building
c/o Jim Nelles


Buckley Building
c/o Jim Nelis
847 S. Randall Rd. Ste. 405
Elgin, IL 60123


Capital One
Box 30285
Salt Lake City, UT 84130

Capital One
Box 30285
Salt Lake City, UT 84130


Capital One
PO Box 30285
Salt Lake City, UT 84130


Capital One
Box 30285
Salt Lake City, UT 84130


Capital One Visa
PO Box 30285
Salt Lake City, UT 84130


Card Services
PO Box 9201
Old Bethpage, NY 11804


Carla Leone
5301 Dempster
Skokie, IL 60077


Carmax
PO Box 440609
Kennesaw, GA 30160


Charter One
One Citizens Drive
Riverside, RI 02915


Charter One
One Citizen Drive
Riverside, RI 02915


Chief AV
8401 Eagle Creek Parkway
Saint Michael, MN 55376


Citibank Advantage
Box 6418
The Lakes, NV 88901

City of Elgin
PO Box 1569
Elgin, IL 60121


City of Elgin
150 Dexter
Elgin, IL 60120


Collection Bureau of America
Box 5103
Hayward, CA 94540


Commonwealth Edison
PO Box 805379
Chicago, IL 60680


Communications Supply Corp.
200 East Lies Road
Carol Stream, IL 60188


Comprehensive Brands Inc.
8601 West Bryn Mawr
Chicago, IL 60631


Credit Recovery Systems
212 St. Charles Rd.
Villa Park, IL 60181


Creditors Recovery Systems
212 W. St. Charles Rd.
Villa Park, IL 60181


CST
PO Box 33127
Louisville, KY 40232-3127


Da-Lite Screen
3100 North Detroit Street
Warsaw, IN 46581


Dell Business Line of Credit
2012 Corporate Lane
Naperville, IL 60563

Dell Business Line of Credit
2012 Corporate Lane
Naperville, IL 60563


Dell Business Line of Credit
2012 Corporate Lane
Naperville, IL 60563


Dell Business Line of Credit
2012 Corporate Lane
Naperville, IL 60563


Direct TV
PO Box 6550
Greenwood Village, CO 80155


Discover Card
P.O. Box 30943
Salt Lake City, UT 84130


Dish Network
Dept. 0063
Palatine, IL 60055


eRoyal Office Products
360 Shore Drive
Burr Ridge, IL 60527


Federal Express
PO Box 1140
Memphis, TN 38101


Fein Such Kahn
7 Century Drive Suite 201
Parisippany, NJ 07050


Financial Recovery Services
Box 385908
Minneapolis, MN 55438


First Equity Visa
PO Box 23029
Columbus, GA 31902

GC Services
c/o IDES
PO Box 79
Elgin, IL 60121


GE Money Bank
PO box 981127
El Paso, TX 79998


Gordon Flesch
PO Box 992
Madison, WI 53701


Home Depot
PO Box 689100
Des Moines, IA 50368-9100


Home Depot
Box 6029
The Lakes, NV 88901


Home Depot & Certegy Check Services
c/o Bennet & DeLoney
1265 E. Fort Union Blvd. Ste. 150
Midvale, UT 84047


Household Bank
Box 80084
Salinas, CA 93912


Illinois Department of Revenue
Bankruptcy Sec. Leve. 7-425
100 W. Randolph St.
Chicago, IL 60601


IRS
P.O. Box 21125
Philadelphia, PA 19114


Jason Leone
2534 N Prospect Ave. Apt. B
Milwaukee, WI 53211


John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John KIssel

John Kissel

John Kissel

John Kissel

John Kissel

John KIssel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John KIssel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

John Kissel

LC Systems
444 Highway 96 East
PO Box 64887
Saint Paul, MN 55164

Lowes
PO Box 530914
Atlanta, GA 30353-0914

LTDFinancial Services
7322 Southwest Freeway, Ste.1600
Houston, TX 77074

MBNA America
Box 15137
Wilmington, DE 19886


McCarthy Burgess & Wolff
26000
Cannon Rd.
Bedford, OH 44146


McMaster Carr
PO Box 7690
Chicago, IL 60680


Mitek Corp.
PO Box 38
Winslow, IL 61089


National City
3232 Newmark Drive
Miamisburg, OH 45342


NCO Financial
1804 Washington Blvd.
Baltimore, MD 21230


Nicor
PO Box 310
Aurora, IL 60507


NRH & Associates
PO Box 45
Picayune, MS 39466


NSA
751 Summa Ave.
Westbury, NY 11590


Orchard Bank
Box 17051
Baltimore, MD 21297


Patrick Connor MD
c/o TRG Account Services
Box 6027
Plymouth, MI 48170

Phonic Ear
3880 Cypress Drive
Petaluma, CA 94954


Pinnacle A/V System, Inc.


Pinnacle A/V System, Inc.


Pinnacle A/V System, Inc.


Pinnacle A/V Systems, Inc.
11704 Berkley St.
Elgin, IL 60123


Pinnacle A/V Systems, Inc.
11704 Berkley St.
Elgin, IL 60123


Pinnacle A/V Systems, Inc.
11704 Berkley St.
Elgin, IL 60123


Pinnacle A/V Systems, Inc.
11704 Berkley St.
Elgin, IL 60123


Pinnacle A/V Systems, Inc.
11704 Berkley St.
Elgin, IL 60123


Pinnacle A/V Systems, Inc.


Pinnacle A/V Systems, Inc.


Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pinnacle A/V Systems, Inc.

Pitney Bowes Finance
PO Box 856460
Louisville, KY 40285


Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285


Premier Mounts
3130 East Miraloma Ave.
Anaheim, CA 92806


Pro Consulting Services
PO Box 66768
Houston, TX 77266


Project Doctor
12720 Danielson Court
Poway, CA 92064


QSC Audio Products
Dept. 2049
Los Angeles, CA 90084


Rauch Milliken
PO Box 8390
Metairie, LA 70011


RH Donnelly
PO Box 807008
Kansas City, MO 64180


RMS
PO Box 20543
Lehigh Valley, PA 18002


Samsung Opto Inc.
40 Seaview Drive
Secaucus, NJ 07094


SBC Long Distance
PO Box 660688
Dallas, TX 75266

Shure, Inc.
5800 Touhy
Niles, IL 60714


Sounds Incorporated
1550 Shore Road
Naperville, IL 60563


Steve Kish
1090 Grenada
Aurora, IL 60506


Teller Levit & Silvertrust
11 E. Adams Street
Chicago, IL 60603


The Notte Agency
250 Half Mile Road
Red Bank, NJ 07701


Tina Jacobs
c/o Associated Bank
77 W Washington STW 2100
Chicago, IL 60602


Trade Press Services LLC
2854 Sapra Street
Thousand Oaks, CA 91362


United Fire & Casuality
MDC 14 Depot Street
Merrimack, NH 03054


UPS
PO Box 650580
Dallas, TX 75265


UPS Supply Chain Solutions
PO Box 371232
Pittsburgh, PA 15250


Washington Mutual
PO Box 660509
Dallas, TX 75266

Weinstock & Omalley
105 White Oak Lane
Old Bridge, NJ 08852


Wells Fargo Bank
PO Box 10475
Des Moines, IA 50306


Worldwide Express
PO Box 22549
Houston, TX 77227


Yellow Book USA
Box 586
Newark, NJ 07101